IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:15CR313** |
| vs. | ) | |
| | ) | **ORDER** |
| **CHRISTOPHER BASKIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

  This matter is before the court on the unopposed motion to continue trial [11]. Defendant initially requested trial in less than 30 days from the date of initial appearance. Defendant now requests a continuance and revokes his waiver [9]. The defendant waived speedy trial in open court on December 22, 2015 [5]. The court will grant the defendant's request.

  **IT IS ORDERED** that the motion to continue trial is granted, as follows:

  1. The jury trial now set for November 9, 2015 is continued to **January 5, 2016.**

  2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 5, 2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

  **DATED November 2, 2015.**

            BY THE COURT:

            s/ F.A. Gossett
            **United States Magistrate Judge**