IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:15CR313 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER BASKIN, | |
| Defendant. | |

This matter is before the court on defendant's MOTION FOR LEAVE TO FILE PRETRIAL MOTIONS OUT OF TIME [13]. The court finds that the defendant has not shown good cause for reopening the deadline.

**IT IS ORDERED:**

Defendant's MOTION FOR LEAVE TO FILE PRETRIAL MOTIONS OUT OF TIME [13] is denied.

Pursuant to NECrimR 59.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later an12:00 noon on Friday, December 11, 2016.

Dated this 9th day of December, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge