# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR313 |
| Plaintiff, | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| CHRISTOPHER BASKIN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Notice of Appeal and Statement of Objections to Magistrate Judge's Order Pursuant to NECrimR 59.2(a) (Filing No. 15). The Court has reviewed the Defendant's Brief (Filing No. 16) in support of the Motion, and the Government's Brief (Filing No. 17) in opposition. The Court agrees with Magistrate Judge Gossett's Order of December 9, 2015 (Filing No. 14), in which he found the Defendant did not show good cause for reopening the deadline for filing pretrial motions to seek an independent examination of controlled substances seized by law enforcement, or to challenge the charges as "vindictive." The Defendant's desire to file a third pretrial motion, seeking transcripts of testimony of certain witnesses (raised for the first time in his Notice of Appeal), is moot.

IT IS ORDERED that the Defendant's Notice of Appeal and Statement of Objections to Magistrate Judge's Order Pursuant to NECrimR 59.2(a) (Filing No. 15) is denied.

DATED this 16th day of December, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge