IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:15CR313 |
| vs. | ) | |
| | ) | ORDER |
| CHRISTOPHER BASKIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the defendant's unopposed motion to continue trial [26]. At the arraignment on October 22, 2015, defendant requested an early trial date. The court granted his request and the trial was set for November 9, 2015. On October 30, 2015, defendant filed an unopposed motion to continue trial. The motion was granted and the trial was continued to January 5, 2016. On December 29, 2015, Timothy Ashford entered an appearance as counsel [25] for the defendant and filed a motion to continue the trial [26]. Mr. Ashford should have known at the time of his appearance that trial had been set in this matter since November 2, 2015. The court will be deny the motion and the jury trial shall commence on Wednesday, January 6, 2016 at 9:00 a.m.

**IT IS ORDERED** that the motion to continue trial [26] is denied.

A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 7 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED December 29, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**