**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:15CR313 |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| vs. | ) | |
| **CHRISTOPHER BASKIN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Motion for Leave to Withdraw (Filing No. 32) filed by Michael D. Gooch, CJA Panel Attorney, who was appointed to represent Defendant Christopher Baskin. Gooch seeks leave to withdraw in light of the entry of an appearance by retained counsel, Timothy L. Ashford, on December 29, 2015. This matter is set for trial to a jury commencing on January 6, 2016. Ashford's Motion to Continue (Filing No. 26) was denied. (See Filing No. 27.) While the Defendant has the right to retain the lawyer of his choice, the Court will deny the pending Motion to Withdraw in light of Gooch's knowledge of the case and preparation for the trial, and will require that he serve as stand-by counsel during trial pursuant to his CJA appointment.

IT IS ORDERED:

1. The Motion for Leave to Withdraw (Filing No. 32) filed by Michael D. Gooch is denied; and

2. This matter remains on the Court's trial calendar with the first day of trial commencing on Wednesday, January 6, 2016, at 8:30 a.m.

DATED this 30th day of December, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge