IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 8:15CR313 |
| vs. | ) | |
| | ) | ORDER |
| CHRISTOPHER BASKIN, | ) | |
| Defendant. | ) | |

This case is before the court on the defendant's Motion for Leave to File Pretrial Motions (#49). Christopher Baskin moves the court for an order asking for leave to file two motions: 1) a motion to allow an independent examination of the items seized by law enforcement and claimed to be controlled substances; and 2) a motion challenging what the defendant believes to be a vindictive charge in the present indictment. Trial is currently set (Order, #48) for April 12, 2016. The motion is denied without hearing.

A review of the docket in this case shows the defendant was indicted on October 21, 2015, on charges of conspiracy to distribute and possess or intent to distribute 50 grams or more of methamphetamine, distribution of 50 grams or more of methamphetamine, and distribution of 50 grams or more of amphetamine. The record further reflects the defendant, through prior counsel on December 7, 2015, filed a Motion for Leave to File Pretrial Motions (#13). That motion was denied on December 9, 2015, by court Order (#14), noting that the defendant had not shown good cause for reopening the deadline. Since that time the case has been subject to several filings and proceedings resulting in the appointment of new counsel on January 8, 2016 (#45).

A review of the defendant's current motion again fails to show good cause for the reopening of the deadline, as it fails to explain why the factual basis for the motion could not have been known to the defendant and his prior counsel to allow a timely filing of pretrial motions.

**IT IS ORDERED:** Defendant Christopher Baskin's Motion for Leave to File Pretrial Motions (#49) is denied without hearing.

A party may object to a magistrate judge's order by filing a "Statement of Objections to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

Dated: March 1, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge