## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR313 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CHRISTOPHER BASKIN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Notice of Appeal and Statement of Objections to Magistrate Judge's Order Pursuant to [NECrimR] 59.2(a) (Filing No. 51). The Defendant appeals from the Magistrate Judge's Order (Filing No. 50) denying the Defendant's Motion (Filing No. 49) for leave to file pretrial motions out of time. Having been advised in the premises, the Court will grant the Defendant's Appeal in part, as follows:

IT IS ORDERED:

1. The Defendant Christopher Baskin's Notice of Appeal and Statement of Objections to Magistrate Judge's Order Pursuant to [NECrimR] 59.2(a) (Filing No. 51) is granted in part as follows:

   The Defendant is given leave to file pretrial motions related to the testing of the controlled substances at issue in this case, on or before April 11, 2016;

2. The Notice of Appeal (Filing No. 51) is otherwise denied;

3. Trial of this matter is continued to June 28, 2016; and

4. The time between today's date and June 28, 2016, is deemed excludable for purposes of the Speedy Trial Act.

DATED this 28th day of March, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge