IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     Plaintiff,<br><br>vs.<br><br>**CHRISTOPHER BASKIN,**<br><br>     Defendant. | 8:15CR313<br><br>ORDER |

Before the Court is the Defendant's Motion to Dismiss, ECF 92. Defendant's counsel has attached to the Motion copies of the Defendant's pro se Motion for Recusal, ECF 92-1, and pro se Brief in Support of Motion to Dismiss, ECF 92-2.

The Court has reviewed the record in this case and finds no reason to dismiss the action based on any violation of the Speedy Trial Act, 18 U.S.C. §3161, nor the Defendant's allegation that he was denied his Sixth Amendment right to counsel of his choosing. The Court also finds no basis for the undersigned's recusal in this matter.

To provide Defendant's current counsel with a fuller background of the proceedings prior to his appointment, the Court will order that a transcript of the hearing of January 4, 2016, be prepared and filed. Accordingly,

IT IS ORDERED:

1. The Defendant's Motion to Dismiss, ECF 92, is denied; and

2. The Court Reporter will prepare and file a transcript of the proceedings held in this matter on January 4, 2016.

Dated this 24th day of January, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge