# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 8:15CR313 |
| vs. | |
| **CHRISTOPHER BASKIN,** | JUDGMENT |
| Defendant. | |

For the reasons set out in the Memorandum and Order of this date,

IT IS ORDERED:

1. The Court has completed its initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (§ 2255 motion), ECF No. 119;

2. The claims raised in the Defendant's § 2255 motion are summarily denied; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

Dated this 11th day of July, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge